NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALFREDO A. SALINAS and )
GUADALOUPE SALINAS, )
                )
         Appellants, )
                )
v. )    Case No. 2D17-4902
                )
U.S. BANK TRUST, N.A., )
                )
         Appellee. )
_____ )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

Mark P. Stopa of Stopa Law Firm,
Tampa (withdrew after briefing), and
Latasha Scott of Lord Scott, PLLC,
Tampa (withdrew after briefing); Alfredo
A. Salinas, pro se, and Guadaloupe
Salinas, pro se.

Matthew A. Ciccio and Wm. David
Newman, Jr. (substituted as counsel
of record) of Aldridge Pite, LLP, Delray
Beach, for Appellee.

NORTHCUTT, Judge.

         Alfredo and Guadaloupe Salinas appeal the final judgment of foreclosure

entered in favor of U.S. Bank Trust, N.A. We affirm without comment on all issues

other than the attorney's fee award, which we reverse.

The foreclosure judgment, entered after a nonjury trial, included an award of attorney's fees based solely on an objected-to affidavit by the attorney for U.S. Bank Trust.  No other evidence was submitted in support of the claim for fees.  An attorney's fee award must be supported by expert testimony from an attorney who is not involved in the underlying case.  Raff v. Citimortgage, Inc., 272 So. 3d 859, 859 (Fla. 2d DCA 2019) (citing Sourcetrack LLC v. Ariba, Inc., 34 So. 3d 766, 768 (Fla. 2d DCA 2010)).  Accordingly, we reverse the attorney's fee award and remand with instructions to reduce the amount of the final judgment by $14,341.60.

Affirmed in part, reversed in part, and remanded.

SILBERMAN and ATKINSON, JJ., Concur.